UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JAMARLE HILL,                  )
        Plaintiff              )
                               )
            v.                 ) 08-cv-30175-MAP
                               )
JULIO TOLEDO, ET AL,           )
        Defendants             )
```

ORDER RE: COURT'S SUGGESTION

September 22, 2010

PONSOR, D.J.

Counsel for Defendants and Plaintiff, pro se, appeared before this court for a final pretrial conference on September 8, 2010. At that time, the court set the case for jury trail to commence on December 13, 2010.

The court also made a suggestion to both sides for settlement of this case in a specific monetary amount. Both sides agreed to respond to the court's suggestion no later than September 17, 2010. The court has now received an unambiguous response from Defendants, but the response from the pro se Plaintiff is ambiguous. The court simply cannot tell from Plaintiff's letter whether he is accepting the court's suggestion or not.

Based upon this, the court orders that Plaintiff inform the court on or before October 4, 2010 as to whether he will

accept the court's monetary suggestion. No other conditions may be attached to the court's suggestion such as (for example) apologies and the like. The court's suggestion, if the case is to settle, is that Defendants will simply pay to Plaintiff the amount suggested by the court, and the case will be over.

As noted above, Plaintiff will inform the court with a simple "yes" or "no" by the date mandated.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge