```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

JAMARLE HILL,                    )
        Plaintiff                )
                                 )
            v.                   ) 08-cv-30175-MAP
                                 )
JULIO TOLEDO, ET AL,             )
        Defendants               )
```

ORDER RE: SETTLEMENT

October 6, 2010

PONSOR, D.J.

Both sides to this litigation have now indicated their agreement with the suggestion for resolution made by the court at the September 8, 2010 hearing. In light of this, the court orders that counsel for Defendants provide Plaintiff with the appropriate releases and settlement documents, as well as a remission in the amount agreed upon, within the next sixty days.

The clerk will issue a 60-day order of dismissal.

It is So Ordered.

```
                        /s/ Michael A. Ponsor
                        MICHAEL A. PONSOR
                        United States District Judge
```